UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEM SEMENOV,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,<br><br>　　　　　　Respondent. | Case No. 1:25-cv-00598-CDB  (HC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO RETURN UNFILED EXHIBITS TO PETITIONER FOR REDACTION PURSUANT TO LOCAL RULE 140<br><br>(Doc. 1) |

　　　　Petitioner Artem Semenov ("Petitioner"), a federal detainee, initiated this action with the filing of a petition for writ of habeas corpus filed under 28 U.S.C. § 2241 on May 21, 2025. (Doc. 1). According to her pleadings, Petitioner is in custody of Immigration and Customs Enforcement ("ICE") at the Golden State Annex, located in McFarland, California. (*Id.*).

　　　　The Clerk of the Court has received from Petitioner submitted exhibits that appear to contain a large amount of personal data identifiers that must be redacted by Petitioner pursuant to Local Rule 140. *See* E.D. Cal. Local Rule 140(a) ("when filing documents, counsel and the Court shall omit or, where reference is necessary, partially redact the following personal data identifiers from all pleadings, documents, and exhibits, whether filed electronically or on paper …: [financial account numbers; Social Security numbers; dates of birth; etc.]").

　　　　Accordingly, the Court declines to file the exhibits submitted in connection with Petitioner's § 2241 petition (Doc. 1). The Court will return the exhibits to Petitioner to permit her an

1  opportunity to review and redact any exhibits she wishes to submit in support of the petition,
2  consistent with Local Rule 140, which she then may resubmit for filing following proper redaction.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED:

1. The Clerk of the Court is DIRECTED to return the unfiled exhibits submitted in connection with Petitioner's petition (Doc. 1); and
2. Petitioner may refile some or all of the submitted exhibits following proper redaction consistent with Local Rule 140.  *See* E.D. Cal. Local Rule 140.

IT IS SO ORDERED.

Dated:   **May 23, 2025**                                   _____
                                                            UNITED STATES MAGISTRATE JUDGE

2